UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

LORI WILLIAMS,

        Plaintiff,

vs.

ONE HOMECARE SOLUTIONS, LLC.

        Defendant.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, LORI WILLIAMS, through counsel, sues Defendant, ONE HOMECARE SOLUTIONS, LLC. and alleges the following:

1. This is an action for unpaid overtime brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, Et. Seq.

2. Plaintiff resides in Florida and is a past employee of Defendant.

3. Defendant, ONE HOMECARE SOLUTIONS, LLC. is a domestic limited liability company which is registered with the State of Florida and is conducting business within this judicial district.

4. At all times material hereto, Defendant ONE HOMECARE SOLUTIONS, LLC. was engaged in commerce in the field of third party administration of patient home healthcare and pharmaceutical fulfillment. In furtherance of said business, Defendant's employees handled, sold, or otherwise worked on goods or materials that have been moved in or produced for such commerce and further utilized the interstate mails and electronic wires

to bill to and collect payment from insurance companies, Medicare and Medicaid for services rendered.

5. At all times material hereto, Defendant ONE HOMECARE SOLUTIONS, LLC. was the "Employer" of Plaintiff as that term is defined under statutes referenced herein and was "Enterprise" as it along with its employees was engaged in interstate commerce as described above and has annual gross sales and/or business volume of $500,000 or more.

6. In justifiable reliance upon Defendant's representations and promises, Plaintiff accepted employment and began working for Defendant as a Network Contracting Specialist.

7. During Plaintiff's employment (specifically from about 1/1/15 to 4/15/15), Plaintiff accrued damages representing unpaid overtime in the following amount:

| Pay Period Ending | WEEKLY HOURS WORKED | UNPAID OVERTIME HOURS PER WEEK AT HALF TIME | AGREED HOURLY RATE | UNPAID HALF TIME OVERTIME | Liquidated Damages |
|---|---|---|---|---|---|
| 1/24/2015 | 61.75 | 21.75 | 27.00 | $293.63 | $293.63 |
| 1/31/2015 | 54.75 | 14.75 | 27.00 | $199.13 | $199.13 |
| 2/7/2015 | 64 | 24 | 27.00 | $324.00 | $324.00 |
| 2/14/2015 | 55.75 | 15.75 | 27.00 | $212.63 | $212.63 |
| 2/21/2015 | 51.25 | 11.25 | 27.00 | $151.88 | $151.88 |
| 2/28/2015 | 57.25 | 17.25 | 27.00 | $232.88 | $232.88 |
| 3/7/2015 | 51.25 | 11.25 | 27.00 | $151.88 | $151.88 |
| 3/14/2015 | 59 | 19 | 27.00 | $256.50 | $256.50 |
| 3/21/2015 | 52.25 | 12.25 | 27.00 | $165.38 | $165.38 |
| 3/28/2015 | 53.75 | 13.75 | 27.00 | $185.63 | $185.63 |
| 4/4/2015 | 54.25 | 14.25 | 27.00 | $192.38 | $192.38 |
| 4/11/2015 | 59 | 19 | 27.00 | $256.50 | $256.50 |
| 4/18/2015 | 66 | 26 | 27.00 | $351.00 | $351.00 |
| Total Damages | | | | $2,973.38 | $2,973.38 |

**TOTAL** $5,946.75

8. Defendant knowingly and willfully refused to tender payment of wages owed to Plaintiff.

9. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

10. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")

11. Plaintiff reavers and realleges paragraphs 1-10 herein.

12. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) overtime pay, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

13. Plaintiff seeks recovery of damages as referenced above and further seeks costs, and attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against the Defendant plus costs, reasonable attorney's fees, and such other remedy as the court deems just and appropriate

Loren Law Group
100 South Pine Island Rd – Suite 132
Plantation, FL 33324
Phone:        (954)585-4878
Facsimile:    (954)585-4886
E-Mail:       JLoren@Lorenlaw.com

_____
James M. Loren, Esquire
Bar No.: 55409