UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22831-CIV-GAYLES/TURNOFF

LORI WILLIAMS,

    Plaintiff,

vs.

ONE HOMECARE SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties Joint Motion to Approve FLSA Settlement and Dismiss Case with Prejudice [ECF No. 12]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Joint Motion to Approve FLSA Settlement and Dismiss Case with Prejudice is GRANTED. The Settlement Agreement is APPROVED. This case is DISMISSED with prejudice. The Court retains jurisdiction over the parties for the purpose of enforcing the Confidential Settlement Agreement and Release. It is further

**ORDERE AND ADJUDGED** that this case is CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27th day of October, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE